CECELIA G. TRAVERS, Appellant, v. JOSEPH D. KELLY, Respondent. (Actions Nos. 1 and 2.) Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SID MARKS, Respondent, v. SOL L. KLAPPER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ

In the Matter of SYDNEY ROTHMAN, an Incompetent Person. CHARLES ROTHMAN, Appellant; MURRAY WALDMAN, Successor-Committee, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIA MENDOZA v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

E. MACHSON & CO., INC., v. IRVING TRUST COMPANY, Individually and as Executor and/or Trustee, etc., of JOHN S. MATTHEW, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

BURNS BROS. v. WILLIAM T. PAYNE and Others, Defendants, JEROME WILE and Others, Intervenors, Appellants.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

SYLVIA FISCHER, an Infant, by ISIDOR FISCHER, Her Guardian ad Litem, and ISIDOR FISCHER v. JOSEPH PREISMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GERSETA CORPORATION v. MILL FACTORS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

UNION INDEMNITY COMPANY v. NORMANDIE NATIONAL SECURITIES CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LILLIAN MENDAL v. FREDERIC A. GIMBEL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.— Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ESTATE PROPERTY CORPORATION v. HUDSON COAL COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.